**SO ORDERED.**

**SIGNED this 31st day of May, 2019.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Tara D. Glover | ) | No. B-18-80069 C-13D |
| | ) | |
| | ) | **ORDER** |
| Debtor(s) | ) | |

After notice and hearing in open Court on May 30, 2019, upon Motion to Dismiss by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that this case is dismissed upon the grounds of failure of the Debtor to comply with the requirements of the plan, and it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $1.00 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan.

END OF DOCUMENT

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-18-80069 C-13D**

Tara D. Glover
9302 Meridian Market Dr.
Fuquay Varina, NC 27526

Brent C. Wootton, Esq.           \*\*CM/ECF\*\*
Attorney for the Debtor

Richard M. Hutson, II, Esq.      \*\*CM/ECF\*\*
Standing Trustee